MKM:NS
F. #2018R02202

GARAUFIS, J.

BULSARA, M.J.

FILED
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ JAN 18 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JANE DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____

CR 19 027

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JANE DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           January 18, 2019

                                          RICHARD P. DONOGHUE
                                        United States Attorney
                                          Eastern District of New York

                          By:    /s/ Nadia I. Shihata
                                          Nadia I. Shihata
                                          Assistant United States Attorney
                                          (718) 254-6295

cc:    Clerk of the Court